UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alan and Kelly Staunton,<br><br>                     Plaintiffs,<br><br>vs.<br><br>J.A. Cambece Law Offices, P.C., et al.,<br><br>                     Defendants. | Case No.: 1:09-cv-12079-PBS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendants, J.A. Cambece Law Offices, P.C. et al., and Plaintiffs Alan and Kelly Staunton ("Plaintiffs") have reached a settlement in the above-captioned case. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 16, 2010

                                                Respectfully submitted,

                                                PLAINTIFFS,
                                                Alan and Kelly Staunton

                                                /s/ Sergei Lemberg
                                                Sergei Lemberg, Esq. (650671)
                                                LEMBERG & ASSOCIATES, L.L.C.
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile: (877) 795-3666
                                                slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court District of Massachusetts ECF system and that the document is available on the ECF system.

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.